# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1717. ELIZABETH Y. WHITTINGTON v. SONJA COOPER.

In May 2023, the trial court entered an order in this domestic relations matter approving a new parenting plan and finding respondent Elizabeth Whittington in contempt. On March 12, 2024, the court entered an order granting petitioner Sonja Cooper's request for attorney fees under OCGA §§ 19-6-2 and 19-9-3 (g). Whittington filed a notice of appeal on Friday, April 12, 2024.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Whittington's notice of appeal was untimely filed 31 days after entry of the order she seek to appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/15/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The certificate of service for Whittington's notice of appeal is dated April 11, 2024, but it was not filed in the trial court until April 12.